## LOUIS H. JOSS v. E. LUTHER MELIN AND ANOTHER.[1]

November 30, 1917.

No. 20,568.

**Order not appealable.**
Appeal from decision and order for judgment dismissed.    [Reporter.]

Action in ejectment in the municipal court of Minneapolis. The case was tried before Montgomery, J., who made findings and ordered judgment in favor of plaintiff for immediate possession of the premises. From that order and decision, defendants appealed. Appeal dismissed.

*E. Luther Melin*, for appellants.
*Roberts & Strong*, for respondent.

PER CURIAM.
The appeal in this case is from the decision and order for judgment of the trial court. It must be and is dismissed.

[1]Reported in 165 N. W. 1074.